# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WELLS FARGO BANK, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>PINE BARRENS STREET TRUST; RMI MANAGEMENT, LLC d/b/a RED ROCK FINANCIAL SERVICES; VENEZIA COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No. 2:17-cv-01517-RFB-VCF<br><br>ORDER |

On April 21, 2017, this Court certified a question of law regarding NRS 116's notice requirement to the Nevada Supreme Court in <u>Bank of N.Y. Mellon v. Star Hill Homeowners Ass'n</u>, Case No. 2:16-cv-02561-RFB-PAL, ECF No. 41. The Court finds that the outcome of that decision will impact the pending motions in this case. For reasons of judicial economy and to avoid inconsistent decisions or partial decisions on some but not all issues, the Court will not consider any further motions until the parties have had the opportunity to receive and address the Nevada Supreme Court's opinion on this issue.

**IT IS FURTHER ORDERED** that Defendant RMI Management, LLC's Motion to Dismiss re [1] Complaint is DENIED without prejudice. ECF. No. [12].

**IT IS FURTHER ORDERED** that Defendant Pine Barrens Street Trust's Motion to Dismiss [1] Complaint is DENIED without prejudice. ECF No. [17].

**IT IS FURTHER ORDERED** that Plaintiffs Federal National Mortgage Association, Wells Fargo Bank, N.A.'s Counter Motion for Summary Judgment is DENIED without prejudice. ECF No. [25].

The moving party shall have 21 days from the date of the Nevada Supreme Court's decision on the certified question to file a modified Motion to Dismiss and [Motion for Summary Judgment or to file a notice renewing the previously filed motion. The opposing party shall have 21 days to respond. The moving party shall have 14 days to reply.

**IT IS FURTHER ORDERED** that all other pending motions are DENIED without prejudice.

**DATED** this 22nd day of March, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**