Kelly H. Dove, Esq. (NV Bar No. 10569)
Tanya N. Lewis, Esq. (NV Bar No. 8855)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
kdove@swlaw.com
tlewis@swlaw.com

*Attorneys for Plaintiffs Wells Fargo Bank, N.A., and Federal National Mortgage Association*

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>PINE BARRENS STREET TRUST; RMI MANAGEMENT, LLC; VENEZIA COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-01517-RFB-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSE TO PINE BARRENS STREET TRUST'S COUNTER CLAIM**<br><br>**(FIRST REQUEST)** |
| VENEZIA COMMUNITY ASSOCIATION,<br><br>Cross Claimant,<br><br>vs.<br><br>RED ROCK FINANCIAL SERVICES,<br><br>Cross Defendant. | |

Plaintiffs/Counter-Defendants Wells Fargo Bank, N.A., and Federal National Mortgage Association ("Plaintiffs") and Defendant/Counter-Plaintiff Pine Barrens Street Trust ("Pine Barrens"), by and through their respective counsel (collectively the "Parties"), hereby stipulate and agree to extend the time for Plaintiffs to respond to Pine Barrens' Counterclaim [ECF Doc. 70] ("Counterclaim"). The Counterclaim was filed April 30, 2019. This is the first request for an

extension of time to respond to the Counterclaim. The original deadline for response is May 21, 2019. The Parties agree to extend the deadline to June 14, 2019.

WHEREAS, Plaintiffs require a short extension of time to review the Counterclaim and related documents and evaluate the arguments therein;

WHEREAS, Plaintiffs requested, and Pine Barrens agreed, to extend the time for Plaintiffs to respond; and

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1. Plaintiffs shall have until June 14, 2019 to respond to the Counterclaim.

Dated: May 14, 2019

SNELL & WILMER L.L.P.

By: */s/ Tanya N. Lewis*
Kelly H. Dove, Esq. (NV Bar No. 10569)
Tanya N. Lewis, Esq. (NV Bar No. 8855)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Plaintiffs Wells Fargo Bank, N.A., and Federal National Mortgage Association*

Dated: May 14, 2019

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

By: /s/ Michael F. Bohn
Michael F. Bohn (NV Bar No. 1641)
Adam R. Trippiedi (NV Bar No. 12294)
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

*Attorneys for Defendant Pine Barrens Street Trust*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 5-15-2019

- 2 -

Respectfully submitted,

SNELL & WILMER L.L.P.

By: */s/ Tanya N. Lewis*
    Kelly H. Dove, Esq. (NV Bar No. 10569)
    Tanya N. Lewis, Esq. (NV Bar No. 8855)
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, Nevada 89169
    Telephone: (702) 784.5200
    Facsimile: (702) 784.5252

*Attorneys for Plaintiffs Wells Fargo Bank, N.A., and Federal National Mortgage Association*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically transmitted the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE TO DEFENDANT PINE BARRENS STREET TRUST'S COUNTERCLAIM** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

Michael F. Bohn, Esq. (NV Bar 1641
Adam F. Trippiedi, Esq. (NV Bar 12294)
LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.
376 East Warm Springs Road, Suite 140
Las Vegas, NV 89119
Tel:   702-642-3113
Fax:   702-642-9766
mbohn@bohnlawfirm.com
atrippiedi@bohnlawfirm.com

*Attorneys for Defendant Pine Barrens Street Trust*

DATED this 14th day of May, 2019.

                                           */s/ Susan Ballif*
                                           An employee of SNELL & WILMER L.L.P.

4836-6585-3335